# In the United States District Court
## FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 13-20118-01-KHV-JPO |
| | ) | |
| Jesse Madrigal | ) | |
| | ) | |
| Defendant. | ) | |

### I N F O R M A T I O N

The United States Attorney charges that:

#### COUNT 1

Beginning on or about January 1st, 2009, and continuing to on or about May, 2013, said dates being approximate, in the District of Kansas, the defendant,

**Jesse Madrigal**

within the District of Kansas, while acting as union treasurer of the Independent Oil and Chemical Workers Union, a labor organization engaged in an industry affecting interstate and foreign commerce, did embezzle, steal, and unlawfully and willfully take and convert to his own use the moneys or funds of the Independent Oil and Chemical Workers Union in the approximate amount of $24,000, in violation of Title 29, United States Code, Section 501(c).

Barry R. Grissom
United States Attorney

 s/K. Michael Warner
K. Michael Warner, #11880
Assistant United States Attorney/
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Telephone: 913-551-6730
Facsimile: 913-551-6541
E-mail: mike.warner@usdoj.gov

**Penalties:**

Ct. 1:   29 United States Code 501(c)—Embezzlement and Theft of Labor Union Assets

- NMT 5 years imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release;
- $100 mandatory special assessment